UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| VILMANTAS DILYS,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-565-P |
| VERSUS | JUDGE DRELL |
| PAT BOOK, *ET. AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 15), and after an independent review of the record, including the objections filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the request for emergency injunctive relief contained within the "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief" (ECF No. 1) be DENIED.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 12th day of August, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE